UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNIE LEE TAYLOR and
DARNELL McKENLEY

    Plaintiff(s),

vs.

CITY OF HAYWARD, et al.,

    Defendant(s).
                                 /

No. C-09-4976 MHP

**ORDER OF DISMISSAL AND FOR COMPLIANCE WITH CIV. L.R. 11-7**

        This matter came on before this court for a Case Management Conference ("CMC") on February 1, 2010, at 4:00 pm, having been noticed for said date and time by the Clerk of the Court when this action was filed. Counsel and/or plaintiffs failed to respond to the call of the calendar and failed to comply with the order that they file a Joint Case Management Statement at least 10 days prior to the CMC. Nor has counsel and/or plaintiffs otherwise submitted any papers or contacted the court before or after the February 1 date.

        It appears that plaintiff Taylor is, in fact, the attorney Taylor appearing as "Attorney for Plaintiffs. See Complt. at p.1. While plaintiff may represent himself, he may not both represent himself and another plaintiff. This is true both because of the potential of conflicts of interest with his co-plaintiff and also because he has been suspended from the Bar of the State of California at least as of February 1, 2010, if not before. By reason of this suspension he is not a member in good standing of the State Bar and, therefore, not permitted to practice before this court.

Accordingly,

IT IS HEREBY ORDERED that the complaint in this action is DISMISSED for lack of prosecution and failure to obey a court order.

IT FURTHER ORDERED that Attorney Taylor comply with Civil Local Rule 11-7(a) and "give notice to the Clerk [of this Court] in writing within 14 days" of this order of all matters specified by Rule 11-7(a) including the convictions he has sustained and the State Bar's current and recent investigations and disciplinary actions regarding his conduct and membership status.

Date: February 9, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

**ENDNOTES**

3